

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**MAURICE J. BECTON,**

    Petitioner,

v.                                                       Civil Action No. **3:15CV512**

**WARDEN ZOOK,**

    Respondent

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Respondent's Motion to Dismiss (ECF No. 8) is GRANTED;

3. Becton's § 2254 Petition (ECF No. 1) is DENIED;

4. Becton's claim and the action are DISMISSED; and,

5. A certificate of appealability is DENIED.

Should Becton desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Becton and counsel of record.

It is so ORDERED.

                                                                /s/
                                                    M. Hannah Lauck
                                                    United States District Judge

Date: **AUG 1 5 2016**
Richmond, Virginia